UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CSL BUILDING GROUP, LLC D/B/A
PROZONE ATHLETIC,

            Plaintiff,

v.

GUNHILD H. ZHU AND ACE ANDERSON
GROUP LLC,

            Defendants.

**STIPULATION OF DISMISSAL**

Civil Action No. 1:20-cv-260 (DNH/ATB)



IT IS HEREBY STIPULATED AND AGREED, by and on behalf of the parties and their respective counsel in this action, that the above-captioned action is voluntarily dismissed, with prejudice, against all parties, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: October 5, 2020
       Saratoga Springs, New York

THE SGAMBETTERA LAW FIRM

/s Matthew J. Sgambettera
_____
Matthew J. Sgambettera, Esq. (510996)
*Attorneys for Plaintiff CSL Building Group,
LLC D/B/A Prozone Athletic*
480 Broadway, Suite 316
Saratoga Springs, New York 12866
Telephone (518) 505-4962
Email: msgambettera@gmail.com

Dated: October 5, 2020
       Albany, New York

BOND, SCHOENECK & KING, PLLC

/s Ryan P. Keleher
_____
Ryan P. Keleher, Esq. (515612)
*Attorneys for Defendants Gunhild H. Zhu
and ACE Anderson Group LLC*
22 Corporate Woods Blvd., Suite 501
Albany, New York 12211
Telephone (518) 533-3000
Email: rkeleher@bsk.com

SO ORDERED:

/s/ David N. Hurd
DAVID N. HURD
United States District Judge
Dated: 10/6/20
       Utica, NY

586659.2 10/5/2020